U.S. COURTS

NOV 17 2021

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

# UNITED STATES DISTRICT COURT
## IN THE STATE OF IDAHO
550 W FORT STREET, SUITE 400,
BOISE, ID, 83724.

Artem Andrianumearisata
*Plaintiff*
V.
Idaho Department of Labor
*Defendant*

## COMPLAINT

### I. Parties

Plaintiff: Artem Andrianumearisata, 235 Camarillo Way, Twin Falls, ID, 83301.

Defendant: Idaho Department of Labor, 317 W Main Street, Boise, ID, 83702.

### II. Jurisdiction

Being a resident under the 14th Amendment of the United States Constitution, by establishment of the ARTICLE-III, I Artem Andrianumearisata, the Plaintiff, present this Complaint to the United States District Judge for the Resolution.

With this Complaint, the Plaintiff submits to the Court, the following documents: Filing the Complaint, Identifying and Initiating the Discovery, Identifying Case Assignment, Mere Pursuance Motion, Petition to Originate a Fee Compensation, and the Summons for this case.

### III. Proclamation

Defendant Idaho Department of Labor has failed to deliver demanded businesses to the due labor standard, and has violated the ARTICLE-IV, ARTICLE-VI-2, and ARTICLE-I, *Section 10* of the United States Constitution.

I have contacted the Idaho Department of Labor in February of 2021, by mailing the report and a copy of concerning obligations. The concern was regarding illegal terms of applying to a job, specifically a requirement to waive any claims against a prior employer(s).

In the April of 2021, I have again contacted the Idaho Department of Labor, about the same issues from the multiple businesses in Twin Falls. Precisely the illegal process of applying for a job at the identified placed in the reports. Since I have hot received a response to my prior concern, I have addressed the report to the Boise's branch also. My request to Idaho Department of Labor was fundamental: to prevent unconstitutional terms.

On May 5,2021 I have received a letter from an administrator of Idaho Human Rights Commission. In which letter the administrator is denying the jurisdiction of the United States Constitution because of the Idaho Human Rights Act *(Idaho Human Rights Commission's letter, "The issues that you raise in your letter are not jurisdictional for the Human Rights Commission under the Idaho Human Rights Act. I recommend that you speak with an attorney regarding contract law, employment contracts, and your rights to file claims of any type, regardless of contract provision.").*

I have responded to the Idaho Department of Labor, in the 21st of June 2021, stating that according to the Civil Rights Act of 1964, Section 704(a), the Labor Department or the Human Rights Commission could not oppose a lawful request to prevent a racial hostility, and that the Department could not oppose a lawful request to prevent illegal obligations, within jurisdiction of the State and the United States. In the response to Labor Department of June 21, I have also reported another incidents of illegal process of applying for employment. I have reinstated the request to prevent the abridging and offensive exercise.

On June 29, 2021, once again the illegal obligations of applying for employment attempted by another place in Twin Falls. I have written a report on June 30, to the Labor Department in Twin Falls and in Boise, requesting to affirm a due process of applying for employment.

In the 12th day of July 2021, I have reported another business which attempted to impose a term that they resolve discrimination disputes according to their belief, and another place proposed a requirement to term that equal employment opportunities is a disability. With the objections to those terms, I wrote and requested to the Idaho Department of Labor to prevent such obligations.

From July 15th and 22nd of 2021, I have reported multiple illegal requirements of employment applications: for instant an imposition to investigate for disclosure based on a belief, and another an unspecified scope of investigating the search for equal employment opportunities, and at another that the racial discrimination is a legally cognized practice, and that such suitability determined by an authors of those terms. Because of reoccurring of those illegal terms, I have written and informed to the Idaho Department of Labor that those issues financially, mentally and physically disturbing.

Suddenly on July 16,2021, an employee from Idaho Department of Labor has called and left a message about the letter I've sent from the July 12,2021. With the previous reports, the letter specifically identifies concerns: that through my search of an employment, some businesses and other institutions attempting to set illegal obligations on me; and more particularly, the letter identifies the action sought: specifically, the request to prevent the illegal terms and illegal obligations. Besides expressly stated information and request, an employee of Labor Department appeared misguided on how to proceed. Instead, the Labor Department's employee was concerned about some identity issue, and required to contact another branch. Once I have contacted an office which was supposing to have difficulties about my residency, the representative of the Labor Department was not able to answer what was the issue. The Department's representative simply stated of not knowing what the issue was because it could be a multitude of issues. I have stated to the representative of Labor Department, that I do not believe there is a

residential disqualification to my identity, and that I presently in possession of the Social Security card, and the Alien number. That if there is a further confusion, I could provide the copies of these documents. The representative denied those documents based on unspecified suggestion that "it will not be enough". I have stated that if the representative does not recognize documents from the Idaho State and the United States, she should not contact me any further.

Yet as of July 26th, 2021, a business employed me for one day without any employment policy, where I have requested the information of the company's policy, but which request was denied based on a supposition that there was no hiring manager at that time. Not only I was racially degraded at that place, but when I requested to see the company's policy, they proposed an employment contract in which the company has a sole discretion to mediate any disputes through the faith. On July 27th I have wrote the report to the Labor Department and requested that they prevent the racially degrading terms of employment. With the prior reports I have identified what appears to be the illegal combinations of a trust who following, disturbing and threatening me.

Again on August 4th, 2021, I have reported multiple uncivil terms of job applications from a several places: that one required to conform a company's rules which I have not seen, and another imposed a term of applying that a company employment without regard to the United States law and without regard to racial equality. Besides the letter from the Idaho Human Rights Commission, I have not received any written response from the Idaho Department of Labor, and therefore requested a written response.

Moreover in the 3rd day of November 2021, I have written another report identifying numerous illegal terms of a job application, especially: a requirement to waive any claims of ARTILCE-III, and to agree that discrimination is legal, and that a company has sole discretion to find which information is false, and that the author of the application is not responsible for its use. With a weight of the prior reports, I have informed Department of Labor that those illegal terms and conditions of applying for a job harassing, hostile-following, and threatening.

Furthermore the illegal terms from an employment applications did not seize, as in the report of November 8th, 2021, I have identified: for example that one place required to apply for a job without regard to protection of a law, and another imposing again to waive a responsibility against prior employers and parties, and another that an employment in the company would be without regard to a civil jurisdiction of a my residency. At last I have informed Idaho Department of Labor that those conditions evidently appearing to be illegal combinations of a trust, and that those terms of applying for employment coercive, racially degrading, threatening and disturbing. The attempts of illegal obligations did not seize, and I have not received a written response from the Department of Labor concerning the performance of affirmative and preventive actions.

Ultimately, from the February of 2021 and as presently, because of those disturbing, coercing, terrorizing, threatening, illegal terms, which obstructing the civil jurisdiction, I remain ethnically degraded and without an employment.

The Idaho Department of Labor failed to affirm the due labor standard, by denying the jurisdiction of ARTICLE-VI-2, ARTICLE-I, *Section 10, and* ARTICLE-IV in the labor contracts, and by failing to provide a written report, therefore violated the ARTICLE-VI-2, ARTICLE-I, *Section 10, and* ARTICLE-IV of the United States Constitution.

## IV. Resolution

By the establishment of ARTICLE-III, and jurisdiction of the ARTICLE-IV, ARTICLE-I, and 14th Amendment to the Constitution, I Artem Andrianmearisata, the Plaintiff, requesting the United States District Judge to cause defendant Idaho Department of Labor: to write letters to every identified place in the Plaintiff's reports (and to provide a copy of the letters to the Plaintiff), the letters shall affirm the due labor process of employment, specifically to prevent illegal obligations. In the alternative to find the Idaho Labor Department's practice unconstitutional.

I HEREBY AFFIRM, that in the 15th day of November 2021 I have mailed this document to the United States Court, at 550 W Fort Street, Suite 400, Boise, ID, 83724.

November 15,2021
Plaintiff: Artem Andrianumearisata
Signature:_____

United States Court
550 W. Fort St., Suite 400
Boise, ID, 83724