U.S. COURTS

NOV 17 2021

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT
IN THE STATE OF IDAHO
550 W FORT STREET, SUITE 400,
BOISE, ID, 83724.

<u>Artem Andrianumearisata</u>
*Plaintiff*
V.
<u>Idaho Department of Labor</u>
*Defendant*

### Filing the Complaint

In the United States District Court, comes the Plaintiff of the case *Artem Andrianumearisata, Plaintiff V. Idaho Department of Labor, Defendant.* By the jurisdiction of the 14th Amendment and establishment ARTICLE-III of the United States Constitution, the Plaintiff filing and presenting the Complaint, with the Identifying and Initiating the Discovery, Identifying Case Assignment, Mere Pursuance Motion, and with the Petition to Originate a Fee Compensation, to the United States District Judge for the resolution of the Complaint. The Summons submitted with this filing, should be issued by the clerk of the United States District Court for notifying the Defendant. Plaintiff requests the clerk to provide the copy of the issued Summons.

I HEREBY AFFIRM, that in the 15th day of November 2021 I have mailed this document to the United States Court, at 550 W Fort Street, Suite 400, Boise, ID, 83724.

November 15,2021
Plaintiff: Artem Andrianumearisata
Signature:_____