UNITED STATES DISTRICT COURT
IN THE STATE OF IDAHO
550 W FORT STREET, SUITE 400,
BOISE, ID, 83724.

U.S. COURTS
NOV 17 2021
Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Artem Andrianumearisata
*Plaintiff*
V.
Idaho Department of Labor
*Defendant*

## Identifying Case Assignment

In the United States District Court, the Plaintiff, Artem Andrianumearisata, identifying that this case should be assigned to the United States District Judge, according to the establishment of ARTICLE-III, Section 1 of the United States Constitution.

1. That Plaintiff does not consent this case in any manner to be determined by any appointment or acting of the F.R.C.P. 53 "Masters" or any other Rule.
2. That Plaintiff does not consent to amend in any manner the jurisdiction of summons to the Defendant, by the Rule 71.1(d)(5) or by any other Rule.
3. That Plaintiff does not consent this case to be determined in any matter under Rule 55 "Default", but only to be due determined by the United States District Judge.
4. That Plaintiff submitted this case for the Constitutional Judgment under ARTICLE-III, Section 2 of the United States, and specifying that the United States District Judge should determine this case without jury.
5. That Plaintiff, within the jurisdiction of the "due process" of 14th Amendment to the Constitution of the United States, does not consent that any information of the Plaintiff, to be rendered or omitted in any manner by the Rule 45 (d) or by any other Rule.
6. That Plaintiff specifies conditions of discovery by the Identifying and Initiating the Discovery.
7. That Plaintiff does not agree for any secret proceedings.

I HEREBY AFFIRM, that in the 15th day of November 2021 I have mailed this document to the United States Court, at 550 W Fort Street, Suite 400, Boise, ID, 83724.

November 15,2021
Plaintiff: Artem Andrianumearisata
Signature:_____