U.S. COURTS

NOV 1 7 2021

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

# UNITED STATES DISTRICT COURT
## IN THE STATE OF IDAHO
550 W FORT STREET, SUITE 400,
BOISE, ID, 83724.

Artem Andrianumearisata
*Plaintiff*
*V.*
Idaho Department of Labor
*Defendant*

### Identifying and Initiating the Discovery

According to the jurisdiction of ARTICLE-III-2 of United States Constitution, the Plaintiff Artem Andrianumearisata, presenting to the United States District Court, factual disclosure showing evidence to support the claim of the Plaintiff's Complaint. The Plaintiff submitting to the United States District Court the following documents:

- Plaintiff's reports to the Idaho Department of Labor
- Idaho Human Rights Commission's letter

I HEREBY AFFIRM, that in the 15th day of November 2021 I have mailed this document to the United States Court, at 550 W Fort Street, Suite 400, Boise, ID, 83724.

November 15,2021
Plaintiff: Artem Andrianumearisata
Signature:_____

TO THE IDAHO DEPARTMENT OF LABOR
317 W MAIN STREET,
BOISE, ID, 83702

November 8,2021,

Administrator,

In the 8th day of November 2021, I was applying for a job at Middlekauff Ford, the application imposed by the stuff again enforces illegal obligations, specifically that "All applicants will be considered for employment without regard to... status protected by law". I do not give away any of the civil liberties under the United States' Constitution.

The same matter in the application from the Red Lion illegally enforces a disclosure which could alter my information. Nothing contrary but the jurisdiction of the United States Constitution shall should be due labor standard under the ARTICLE-IV. I do not give away any of the civil liberties of the Constitution. The application, among other illegal impositions, requires that "previous employers" and any other parties "not to be held liable in any respect". I do not agree to dismiss any claims which I have.

It is proposed by the application from the Liquor store, that a process of applying for a job is an "investigation" to "disclose any untruthful" information. Again I do not agree that my information is untruthful, and do not agree that I should be investigated for job searching.

The application from the Hobby Lobby did not change, as I have previously reported, it imposes, among the other illegal obligations, to dismiss the jurisdiction of ARTICLE-III.

And also the illegalities in the application from the America's Best, which has no "regard to...citizenship". It requires authorization to "release" any "parties...from any liability and for any damage", and other unlawful requests to omit the jurisdiction of United States Constitution.

Again, I do not give away any of the liberties of the Untied States Constitution. I do not agree to dismiss any claim which I have. Provided the jurisdiction of the 14th Amendment to the Constitution, I should not be coerced, followed, threatened, harassed, terrorized, and degraded. I do not agree to any secret, implies, detailed or otherwise express illegal obligations.

I have reported, to the Idaho Department of Labor, multiple incidents concerning the same matters of illegal obligations prior to this report, but have not received a written response. The resolution which I request is not difficult, specifically that Idaho Labor Department to contact the businesses stated in the reports and to prevent those illegal obligations.

Artem Andrianumearisata
235 Camarillo Way
Twin Falls, ID, 83301

## TO THE IDAHO DEPARTMENT OF LABOR
317 W MAIN ST, BOISE, ID 83301.

### Report of Illegal obligations.

November 3,2021.

Administrator,

In the 2nd day of November, 2021, I attempted to apply for a job at the Bank of Ireland, in Twin Falls Idaho. The terms of application (referred in this report as "the application" or "application") provided from the stuff is illegal to the due process of the ARTICLE -IV of the United States Constitution, and to the duties of ARTICLE-I-9-1, and to the equal applicability of law under the ARTICLE-I-2-2 and ARTICLE-I-3-3, and the ARTICLE-VI-2.

The terms of the application (attached) imposing a requirement to verify any of my information "otherwise" to its accuracy. It further requires me to "waive any and all rights and claims I may have regarding the employer, its agents, employees or representatives". The application imposes a proposition that there is lawful discrimination. Those terms so controversial that it's actually states the "application does not constitute an agreement or contract for employment". This application not only forces me consent to those unlawful impositions, which are against the civil liberties of the Constitution, but also to agree that "no supervisor or representative of the employer is authorized" to affirm a proper standard of the Constitution.

The application again proposes that discrimination is legal, which could not concur to the qualification of the Constitution. A person of the ARTICLE-I-2-2, is a person of ARTICLE-3-3, and is person of ARTICLE-I-9-1, and is a person of ARTICLE-IV, provides nothing to the contrary. These terms of the application disturbing to the ARTICLE-VI-3, particularly by stating the "Company likewise does not tolerate... protected status". I should not be required to believe or to exercise a practice contrary to the liberties of the Constitution. Those impositions deny a person or a resident or a citizen has a jurisdiction of ARTICLE-VI-2 and ARTICLE-III.

The application continues with imposition that "any information provided" could be "found to be false". Those and any other illegal obligations of the application are contrary and illegitimate to the due process of the ARTICLE-IV, and to the other statutes of the Constitution mentioned in this report. The very Unconstitutional nature of those illegal impositions that an author of these terms is not responsible for "any damages arising out of the use or inability to use this product".

I do not consent to those, and other if any, unlawful terms. I do not consent to discharge any claim or rights that I have. I do not consent for any secret proceedings. I do not consent to render or omit the jurisdiction of the civil liberties of ARTICLE-VI-2. I should not be harassed, terrorized, followed and threatened about my civil liberties. Therefore, I request the Idaho Department of Labor, to contact the mentioned business and to prevent and waive those coercive, illegitimate, illegal, unlawful terms. As I have before reported to you other issued of the same matters, but have not received a response, I request again that you provide me with a written statement about the status of those concerns.

Artem Andrianumearisata
235 Camarillo Way
Twin Falls, ID, 83301.

# TO THE ADMINISTRATOR OF THE

# LABOR DEPARTMENT

420 Falls, Ave, Twin Falls, ID, 83301
317 W. Main St., Boise, ID, 83735

June 30, 2021

On June 29, 2021, I was applying for a job at the Hong Kong restaurant, where I was given an application which imposes the illegal conditions prior reported to you, I have attached the copy of the document. With the previous objections on record, I request you as an official of an agency having purpose to ascertain the civil process of a labor, that you take action to advise the mentioned business against this exercise. (propos'd practice remains unconquered to the civil standard)

Artem Andrianumearisata
235 Camarillo Way
Twin Falls, ID, 83301.

To the Administrator of

Idaho Department of Labor

420 Falls Ave,
Twin Falls, ID, 83301
317 W. Main St
Boise, ID, 83735

Dear Administrator,

On July 12, 2021 I was meeting with the Rob Green Buick's stuff for a job opportunity, at Twin Falls, Idaho, where they have provided application document which imposes an obligation to authorize them to investigate any claims of discrimination according to their "believe", which is the further inadequate imposition as a possibility of disregard to the civil statutes. Besides, they have rejected to provide copy of such documents, as an employee, my Constitutional statues should not be at someone's grace to be disregarded.

I have also attended interview with the Sub Way's stuff, and was directed to complete application process through the internet. After identifying the address on the internet, their web application process imposes the equal employment opportunities as a disability. I do not believe, equal employment opportunities, should classify me as a disable person.

With the prior objections, I provide this report for you, to advise the mentioned businesses against imposition of illegal obligation of employment or applying .

Artem Andrianumearisata

235 Camarillo Way

Twin Falls, ID, 83301

TO THE ADMINISTRATOR OF
IDAHO DEPARTMENT OF LABOR
420 Falls Ave,
Twin Falls, ID, 83301
317 W. Main St
Boise, ID, 83735

July 22,2021

Dear Labor Administrator,

On July 15, I was applying for a job at the Liquor Store, the stuff of the Liquor Store ( on Blue Lakes, Twin Falls) has given an application to me, which not only imposes an "investigation" to "disclose" any information which investigation should devote as untruthful, but also could be a believe to reject an "application" and terminate an employment, based on the same practice. To the best of my knowledge    I am not under any investigation, and I should not be under any investigation for due having the civil liberties under the Amendments of and the Constitution.

Subsequently, on July 22 , the stuff of the Farmers Bank , have given an application (attached) to me , which imposes uncertain conditions of applying and a job, by relating to some "Employee Handbook" , which was not provided to me. And further uncertain "scope of the investigation", which could be revealed on the request. Again, I do not believe, I should be under any investigation for searching an employment, specifically the equal employment opportunities.

Another example of illegal obligation, attempted on me by the application (attached) from the stuff of the Hilton Garden, imposing that " under federal, state or local laws, regulation or ordinances" the discrimination is "legally cognized". And that the purpose of application is to "determine suitability". Moreover, the application imposes the equal employment opportunities as a disability.

I have written to you before, about the same issues, which wholly disturbing me, financially, that I may not apply for a job without the illegal obligations to my civil liberties, and mentally, where it is evident, that Im followed to most of jobs in Twin Falls, and attempted to be degraded based on my ethnicity. I ask that you advise those businesses against the practice injurious to my civil liberties.

Artem Andrianumearisata
235 Camarillo Way
Twin Falls, ID, 83301

To the Administrator of

Idaho Department of Labor

420 Falls Ave,
Twin Falls, ID, 83301
317 W. Main St
Boise, ID, 83735

July 27, 2021

Dear Administrator,

On July 26, I came to the Town Place Suites, to sign papers for employment. Steven, the maintenance supervisor, directed me to begin working without signing the employment terms, because there was no general manager at that time. I have heard someone shouting the word "nigger" a few times, but could not identify who was it. At about 3pm, of the same day, I asked Steven about a person in the manager's office, and he informed me that he was not the manager, and that the work shift is ended, and that I should come in the morning to sing the employment papers. Next day on July 27, as I came to the hotel, Steven appeared very busy and directed me to start work and sign the papers latter. I have informed Steven that I could not proceed without terms of my employment there. He told me to wait in the lobby, and not long after that, a general manager came to provide the terms of employment. After reading the papers, I have noticed imposition of the company to mediate any disputes through the "good faith complaint" where the company has sole discretion based on that exercise. Besides the Article VI's "no religious test", I have specified to the manager, I would not be able to resolve employment concerns through the arbitrary mediation, for in the prior experience proved damaging to my civil liberties. I also asked the manager, if such working agreement was a standard employment policy of the company, and he stated that he did not change anything in the document.

With the prior reports of degrading condition of the employment and the work search, and evident continuous attempts to impose the illegal obligations, I ask that you advise the mentioned business against such practice.

Artem Andrianumearisata
235 Camarillo Way
Twin Falls, ID, 83301

To the Administrator of

Idaho Department of Labor

420 Falls Ave,
Twin Falls, ID, 83301
317 W. Main St
Boise, ID, 83735

August 4, 2021.

Dear Administrator,

As of August 4th, 2021, once more the Farmer's Bank has imposed illegal obligations of applying to a job prior reported to you. I have attached a copy of the application reflecting the same terms as formerly.

Similar matters attempted by the application from the Pizza Pie Cafe on August 4th, 2021, which not only demands a consent to the "company's rules and regulations", before informing what is specific content of those rules and regulations, but also supposing to terminate an employment "with or without a cause" (attached).

And another issue by the application of A Taste of Tai, suggesting to provide equal employment opportunity, but failing to discern the following statement: "without regard to any legally protected status such as race", having an applying person wondering if it is a disregard to the race under equality of the 14th Amendment, or a legal proposition that some race has more protection than others. In either case making such plan and its measures more unpeaceful by the inadequate commitment of the application that this employer could hire without the due provisions of a labor : "If an employment relationship is created, I understand that unless I am offered a specific written contract of employment signed on behalf of the organization by its Director, the employment relationship will be entirely voluntary in nature" (application attached).

I could not operate or proceed by those disturbing terms of applying and potential employment. With the prior letters from me to you, addressing the same matters, I request that you advise those business places against such practice. As presently not received any response from you to my last few concerns, I would also ask that you provide a reply by mailing.

Artem Andrianumearisata
235 Camarillo Way
Twin Falls, ID, 83301

## TO THE ADMINISTRATOR OF

## IDAHO DEPARTMENT OF LABOR

420 Falls Ave,
Twin Falls, ID, 83301
317 W. Main St
Boise, ID, 83735

June 21, 2021

Dear Administrator ,in the last letter, directed from the Idaho Human Rights Commission on your account, there is an inability to enforce civil rights according to the Idaho Human Rights Act , and further according to the Civil Rights Act of 1964, based on, as the letter suggest, the "employment contracts", where by the Idaho Human Rights Act the word "labor" should not have exemptions affecting an employee, and by the Civil Rights Act of 1964 704(a), that a Labor Department or Idaho Human Rights Commission should not discriminate by rejecting to enforce the civil liberties of a person who is applying for a job.

Here , the threatening conditions subject to the employment continues: on June 21,2021 I was in person applying for employment at the Hampton Inn, Twin Falls, ID, 83301, not only the condition of applying imposed to allow "investigation" of "any and all information" about previous employers, but also disclaimer about responsibility in connection to such "utilization". I have a few unresolved complaints in connection to the prior employers, which should not be a subject to disqualification from an employment (copy attached). The same day of June 21, 2021, I was applying to another place at the Hobby Lobby, Twin Falls , ID, 83301, where similar applying condition of "Arbitration" was imposed , for instance that section 1 of "MUTUAL ARBITRATION AGREEMENT", requiring to waive a right to sue the "Company" for any injuries, which is a threat and termination to the 1st Amendment to the Constitution. I should not be imposed to sign a conditions injurious to my Constitutional liberties as a requirement to apply for a job (copy attached). I should not be required to consent, and I do not consent to neither of attempted illegal obligations.

With the letters sent to you from February 1, 2021, and April 24, 2021, I reinstate the civil request to ascertain the peace of my liberties.

Artem Andrianumerisata
235 Camarillo Way
Twin Falls, ID, 83301



IDAHO HUMAN RIGHTS COMMISSION   317 W. Main St. Boise, ID 83735
t: 208.334.2873   f: 208.334.2664   w: humanrights.idaho.gov

May 5, 2021
RE: Concern about employment contracts

Dear Mr. Andrianumearisata,

I have received your letter dated April 24, 2021, regarding job opportunities at the Golden Corral and the MyPlace Hotel in Twin Falls, Idaho. I understand that as a condition of employment, you were asked to sign some type of waiver.

The issues that you raise in your letter are not jurisdictional for the Human Rights Commission under the Idaho Human Rights Act. **I recommend that you speak with an attorney regarding contract law, employment contracts, and your rights to file claims of any type, regardless of contract provisions.** You can contact an attorney in your area through the Idaho State Bar Lawyer Referral Service at (208) 334-4500.

Although the issues you raise are not jurisdictional to the Idaho Human Rights Commission or the Idaho Department of Labor, I have nevertheless referred your complaint to the federal Equal Employment Opportunity Commission's legal department, in case it is jurisdictional for the EEOC.

Sincerely,

Benjamin Earwicker, Ph.D.
Administrator, Idaho Human Rights Commission

TO ADMINISTRATOR

OF IDAHO DEPARTMENT OF LABOR

420 FALLS AVE, TWIN FALLS, ID 83301

317 W MAIN ST, BOISE, ID 83702

April 24, 2021

I have been contacted by Jenifer from the Golden Coral, in Twin Falls, Idaho, regarding a job opportunity, on April 23, 2021, while at interview I was required to sign what seem to be a waiver of discriminatory concerns as a condition of employment. I have also been requested to sign a similar disclaimer at the MyPlace Hotel, Twin Falls, ID in the first week of April. In both instances, I have rejected such illegal obligation.

I have contacted you before regarding the same threatening conditions , but have not received a reply , it is suggesting at the most I have been followed by illegal, secret, racist combinations, which attempting to terminate my Constitutional liberties, by requesting me to sign such waver as a requirement for employment. I urge you to take action.

Artem Andrianumearisata
235 Camarillo Way
Twin Falls, ID, 83301

TO THE APPOINTED ADMINISTRATOR OF

IDAHO DEPARTMENT OF LABOR

420 Falls Ave
Twin Falls
ID 83301

Dear Administrator,

On 01.29.2021, approximately around 4pm, I have been contacted by Walgreens' staff about the possibility of employment. After reviewing the terms transmitted by her via email, I found that the proposed boundaries as a requirement for the employment is to constrain my naturalized liberties of the Constitution. Particularly, the questionable obligation by such appropriation to deny all previous or pending redress, suits, and other disputes, if an applicant had any, as a disqualification from the employment. And it happened that this complainant  has a several affirmative actions to resolve unprivileged issues , which only concerning the parties in reviews , but certainly shall not combine to anybody who is not a party to the matter. It is enacted by this letter that your service is called to perform the duties in relation to notify and compel the mentioned business for uniformed standards of the law.

*Artem Andrianumearisata*

*235 Camarillo Way*

*Twin Falls, ID, 83301*

*February 1, 2021*