UNITED STATES DISTRICT COURT
IN THE STATE OF IDAHO
550 W FORT STREET, SUITE 400,
BOISE, ID, 83724.

<u>Artem Andrianumearisata</u>
*Plaintiff*
V.
<u>Idaho Department of Labor</u>
*Defendant*

SUMMONS IN THE CIVIL ACTION

To (Defendant's name and address):

Idaho Department of Labor, 317 W Main Street, Boise, ID, 83702.

A lawsuit has been filed against you. Within 21 days after service of this summons, you must serve to the Plaintiff a response to the Complaint. The response must be served to the Plaintiff's address at: 235 Camarillo Way, Twin Falls, ID, 83301, AND to the United States District Court at: 550 W Fort Street Suite 400, Boise, ID, 83724.

If you fail to respond, a judgment requested in the Complaint will be entered against you without further notice.

CLERK OF THE COURT (Printed Name):

_____

Date: _____

_____

Signature of Clerk